# EXHIBIT C

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE SOUTHERN DISTRICT OF TEXAS
 3                        HOUSTON DIVISION
 4   _____
 5   EVAN DOMANIC,
 6           Plaintiff,
 7      v.                                    Civil Action No.
 8   CHRISTIAN BROTHERS                       4:22-cv-00386
 9   AUTOMOTIVE CORPORATION,
10           Defendant.
11   _____
12               VIDEOCONFERENCE DEPOSITION OF
13                        EVAN DOMANIC
14   DATE:            Wednesday, May 22, 2024
15   TIME:            9:02 a.m.
16   LOCATION:        Remote Proceeding
17                    Dripping Springs, TX 78620
18   OFFICIATED BY:   Sidney Martinez
19   JOB NO.:         6703564
20
21
22
23
24
25
                                                         Page 1
```

```
 1                A P P E A R A N C E S
 2    ON BEHALF OF PLAINTIFF EVAN DOMANIC:
 3         ERIC GROGAN, ESQUIRE (by videoconference)
 4         Grogan Law, PLLC
 5         7600 Chevy Chase Drive
 6         Austin, TX 78752
 7         eric@groganfirm.com
 8         (512) 966-1847
 9
10    ON BEHALF OF DEFENDANT CHRISTIAN BROTHERS AUTOMOTIVE
11    CORPORATION:
12         SCOTT AGTHE, ESQUIRE (by videoconference)
13         Pierson Ferdinand, LLP
14         1341 West Mockingbird Lane
15         Dallas, TX 75382
16         scott.agthe@pierferd.com
17         (512) 905-2593
18
19    ALSO PRESENT:
20         Ben Merten, Tech Concierge (by videoconference)
21         Ty Camp, In-House Counsel, Christian Brothers
22         Automotive Corporation (by videoconference)
23         Tim Geiger, General Counsel, Christian Brothers
24         Automotive Corporation (by videoconference)
25
```

Page 2

I N D E X

EXAMINATION:                                              PAGE

   By Mr. Agthe                                            6


             E X H I B I T S

NO.              DESCRIPTION                              PAGE

Exhibit 13       Sorted Calls, Emails, and Texts          23

Exhibit 14       Plaintiff's Second Amended
                 Complaint                                33

Exhibit 15       Plaintiff's Resume                       107

Exhibit 16       Website Excerpts                         108

Exhibit 17       Plaintiff Evan Domanic's First
                 Amended Responses                        140


    P R E V I O U S L Y   M A R K E D   E X H I B I T S

NO.              DESCRIPTION                              PAGE

Exhibit 11       Text Messages                            21

```
 1          Q    And that was something that you were aware
 2     of while you were going through the discovery process.
 3     Correct?
 4          A    I mean, I was aware that it's a faith-based
 5     company, and I had -- I had no issue with that at all.
 6     When -- I mean, even on the call, Brandon wanted to
 7     pray for me at the end of the phone calls.  I -- I
 8     welcomed it, and I had no issue whatsoever with him
 9     doing that for me.
10          Q    Do you recall the nature of the prayer?
11          A    I mean, I recall him -- him saying, you
12     know, "We thank you for bringing Evan through this
13     process and bringing him to us.  Please look over him
14     and his family."
15               And you know, he would -- he would say some
16     other things and -- and then say amen, and I even said
17     amen.  You know?  I appreciate you doing that for me
18     and my family.
19          Q    All right.  Looking at some of these other
20     requirements we talked about, the item number two
21     about leading a team of people, we have already talked
22     about that.
23               Number three there is team members who
24     believe in giving back.  In 2020, if you were asked,
25     what was your track record, so to speak, or what was
```

```
 1    open and willing and welcomed that process to be a
 2    part of it.
 3         Q    Did you, at some point, tell Brandon Thomas
 4    that you were a man of faith of the Jewish faith?
 5         A    Correct.
 6         Q    Okay.  Do you consider that to be true about
 7    yourself today?
 8         A    Yes, I think there's a difference between --
 9    I'm not as observant as I used to be of that.
10         Q    I understand.  And you agree with me you are
11    not a Christian.  Correct?
12         A    I am not, no.  I'm -- I'm ethnically Jewish.
13         Q    And from a faith standpoint, you do not
14    believe in Jesus or follow the Christian religion.
15    Correct?
16         A    Not -- not the Christian religion.
17         Q    Right.  Now, do you understand that -- well,
18    I think you have acknowledged that Christian Brothers
19    is a Christian faith-based company.  Correct; you
20    agree with that?
21         A    That's what it seems like.
22         Q    Okay.  And I mean, I could walk you through
23    more of what's on the website that shows that, but I
24    think you're acknowledging it, so I won't take the
25    time to do that.
```

1    But part of -- do you agree that part of
2  what they are trying to do is share the good news of
3  Jesus Christ through living their faith out through
4  the business?
5    A    I see what they're doing, yeah, in their
6  mission, and I was happy to partake in that as a
7  franchisee.  If they needed certain documents out on
8  the table, absolutely.
9        If they wanted things displayed on walls
10 saying their faith-based principles, by all means, put
11 it on the walls.  I -- I never said I -- I had any
12 issue with them.
13   Q    Okay.  And however, to take it a step
14 farther, a part of their expectation is that the
15 franchisee owner will, in fact, share that person's
16 testimony about being a Christian, which means have a
17 personal relationship with Jesus Christ.  You can see
18 how that can be a problem for you, because that would
19 not be true for you as a franchisee owner.  Correct?
20   A    Well, I can see how there's a lot of overlap
21 between the two faiths going back to old testament.
22 But when Brandon told me that the faith was not an
23 issue and that they have hired people from other
24 faiths and backgrounds, again, it never crossed my
25 mind, yeah.

1    Q    No, I understand that, but now I'm going
2 beyond that, because Brandon denies that he said that,
3 and Christian Brothers denies that's their policy.
4         Which as we're here today, I don't think you
5 have any information or any reason to believe that
6 Christian Brothers does employ -- or I'm sorry, not
7 employ -- that Christian Brothers does contract with
8 and have non-Christian franchisee owners.
9    A    I mean, I have to take Brandon at his word
10 when he said that, and I'm -- I don't know or believe
11 I have seen anything that said you had to be
12 100 percent Christian; other races or religions need
13 not apply.  So that, again, never crossed my mind.
14              MR. AGTHE:  Okay.  Well, I'm going to
15 object that's nonresponsive.
16 BY MR. AGTHE:
17    Q    My question is Christian Brothers is telling
18 you that every single franchisee is a Christian.  Do
19 you have any reason to dispute that fact?  And I will
20 say aside from what Brandon Thomas told you.
21    A    Yeah, me personally, I -- I don't have any
22 other information regarding that.
23    Q    Okay.  So if that is a fact, even if Brandon
24 Thomas told you what you say he told you, it wasn't
25 accurate.  And so what I want to explore with you

```
 1   right now is whether you can acknowledge that it would
 2   be difficult for you to fulfill the role of the
 3   franchise owner and carry out the mission of a -- the
 4   Christian mission if you are not a Christian.
 5              And so for example, if part of fulfilling
 6   that role in the eyes of Christian Brothers is for you
 7   to share a personal testimony about the fact that
 8   Jesus Christ is your personal savior, that's something
 9   you wouldn't be able to do, because that's not true
10   for you.  Correct?
11        A    Yeah, I was never asked to do that.
12        Q    No, I understand you were not, but if that
13   is what Christian Brothers requires, and if every
14   single Christian Brothers franchisee does meet that
15   qualification, you will agree with me you do not, in
16   fact, meet that qualification?
17        A    I mean, from a qualification standpoint,
18   depending on how they qualify that, that's correct,
19   but I mentioned like I would -- I was open to having
20   pamphlets or brochures or stuff on the walls that
21   people could see that was consistent across the board
22   with all the franchises.
23        Q    Sure.  I understand that.  And I think you
24   can understand that you might be fine being a
25   non-Christian as a franchisee, but you can understand
```

```
 1    how Christian Brothers might have a different opinion
 2    about that and might, in fact, want someone who is, in
 3    fact, a full Christian who would share his personal
 4    testimony and would carry out that mission, because
 5    they actually believe the same things about Jesus
 6    Christ.  You can see that.  Can't you?
 7         A    Yeah, to this point, I -- I haven't.  that
 8    hasn't been a thought process, because I was told it
 9    wasn't an issue.  But if that's an issue for them, I
10    -- I don't know.
11         Q    Well, and just to -- you are correct that
12    there is an old testament and a new testament, and
13    there's certainly overlap between the Christian faith
14    and the Jewish faith.
15              However, you agree they do separate on some
16    really crucial issues, one being is Jesus Christ the
17    messiah and the son of god, which I don't believe you
18    believe that.  Correct?
19         A    At this point, I mean, I don't probably know
20    as much information as you're explaining on it.  As I
21    mentioned, I haven't been as observant as I should be,
22    so I -- I can't say something I don't know.
23         Q    Okay.  So I mean, really, that's the same
24    way of saying, well, no.  At this point, you do not
25    personally believe Jesus is the son of god.  Correct?
```

Page 123

```
 1         A    Again, it's not something I have thought
 2    about.
 3         Q    Is he your -- do you have a personal
 4    relationship with Jesus Christ as your savior?
 5         A    Not in particular.
 6         Q    Do you agree with the concept that Americans
 7    have the right to freely exercise their religion by
 8    choosing to associate with fellow believers to carry
 9    out a religious mission?
10              MR. GROGAN:  Objection.  Form.
11              Go ahead and answer, Evan.
12              THE WITNESS:  I believe, in a
13    congregation or a church setting, absolutely.
14    BY MR. AGTHE:
15         Q    So as a -- because Christian Brothers is a
16    business, do you believe that right doesn't apply?
17              MR. GROGAN:  Objection.  Form.
18         A    Sounds like discrimination.
19              MR. GROGAN:  Go ahead, Evan.
20              THE WITNESS:  It sounds like
21    discrimination.
22    BY MR. AGTHE:
23         Q    So then, you think the right of free
24    association based on a religious purpose, that does
25    not apply to a company in a business situation?
```

Page 124

```
 1                   MR. GROGAN:  Objection.  Form.
 2                   Go ahead, Evan.
 3                   THE WITNESS:  I believe it could be a
 4      part of the process or a, you know, part of their
 5      founding or part of what they believe in, but I think
 6      it should still be available to people who are willing
 7      to conform to certain things.
 8      BY MR. AGTHE:
 9          Q    So what you're saying is that you believe it
10      was unlawful for Christian Brothers to require that a
11      franchisee owner be aligned in the same religious
12      faith.  Is that correct?
13                   MR. GROGAN:  Objection.  Form.
14                   Go ahead, Evan.
15                   THE WITNESS:  Can you -- can you repeat
16      that question?
17      BY MR. AGTHE:
18          Q    Yeah.  What you're saying is that you think
19      it was against the law for Christian Brothers to
20      require that franchisee owners be aligned in their
21      religious faith with Christianity?
22                   MR. GROGAN:  Objection.  Form.
23                   Go ahead.
24                   THE WITNESS:  I'm trying to understand
25      it.  I -- I think it was against the law for them to
```

Page 125

```
 1    only work with Christians.  Is that kind of what
 2    you're getting at?
 3    BY MR. AGTHE:
 4        Q    To make only Christians can be made a
 5    franchisee owner, that's what I'm getting at, and you
 6    -- because of their faith, their religious faith.
 7        A    It certainly doesn't sound right.
 8        Q    Okay.  So you think that's illegal?
 9             MR. GROGAN:  Objection.  Form.
10             Go ahead, Evan.
11             THE WITNESS:  Okay.  I mean, I'm -- I'm
12    not a lawyer.  I don't understand the law, so.
13    BY MR. AGTHE:
14        Q    Okay.  But you think it's wrong?
15        A    I -- I do think it's wrong.
16        Q    Okay.  Now, when you were told by Brandon
17    Thomas, essentially by Christian Brothers, that they
18    were discontinuing the process because you were not
19    aligned with their faith as a Christian, are you
20    saying that explanation, that reason is false?
21             MR. GROGAN:  Objection.  Form.
22             Go ahead, Evan.
23             THE WITNESS:  He actually said I -- I
24    wasn't a fit for their culture, and then I asked is it
25    because I'm Jewish, to which he said yes.  Faith
```

Page 126

```
 1        wasn't mentioned.
 2        BY MR. AGTHE:
 3             Q    Just the word Jewish was mentioned?
 4             A    Correct.
 5             Q    Okay.  Did you ever ask to see a form or a
 6        prototype of the franchise agreement that, if you
 7        became a franchisee owner, that you would be asked to
 8        enter into?
 9             A    So like, so I understand your question, is
10        it like the -- the acceptance where I would be signing
11        to accept a franchise; is that what you're asking?
12             Q    Yeah, I'm asking did you ask to see.  "Hey,
13        what am I actually going to have to sign if I become a
14        franchisee," you know, "owner?  Is there going to be a
15        legal document that I have to sign?"  Did you ask
16        something like that?
17             A    I did not ask anything particular to that.
18        Brandon said he really wanted to get me out for a
19        discovery day.  He said, "I got to get you in front of
20        the executives and the committee."
21                 And he said, "Once that happens," he goes,
22        "they can offer you a franchise there if they like
23        you."  So that might have been where they could have
24        done that, but I never asked for it before that.
25             Q    Okay.  And certainly, you never read the
```

Veritext Legal Solutions
800-336-4000

```
 1    maliciously towards you?
 2                 MR. GROGAN:  Objection.  Form.
 3                 Go ahead, Evan.
 4                 THE WITNESS:  I believe he was the
 5    person or one of the persons that singled me out
 6    through the process to deny me the opportunity.
 7    BY MR. AGTHE:
 8         Q    Is there anything else that you would point
 9    to?
10         A    Not that I can think of right now.
11         Q    Okay.  In your discovery answers, you gave
12    me a lot of detail about the racial background of your
13    -- the maternal line.  And I understand you didn't
14    give the paternal side, because it's not considered --
15    I guess, under the Jewish belief system, that, you
16    know, heritage is passed down maternally.  Am I
17    stating that correctly?
18                 MR. GROGAN:  Objection to form.
19                 Go ahead, Evan.
20                 THE WITNESS:  It comes from your
21    mother's side.  Correct.
22    BY MR. AGTHE:
23         Q    You put that a lot better than I did.  Thank
24    you.  I still wanted to ask about the paternal side.
25    So your father, is he also from the Jewish race?
```

Veritext Legal Solutions
800-336-4000

```
 1        A    The race, no.
 2        Q    Okay.  Is he of Jewish ethnicity?
 3        A    He -- he converted.
 4        Q    Can you explain to me about that?
 5        A    I don't know the full process.  I was
 6   younger.  But he went through and -- and converted to
 7   Judaism.
 8        Q    So by blood, he has no Jewish blood in him,
 9   but by faith, he became a follower of the Jewish
10   faith.  Is that what you're telling me?
11        A    I believe so.  I don't understand all the --
12   all the, you know, intricacies involved with it.
13        Q    So what is his racial or ethnic background;
14   if he's not Jewish from a racial standpoint, what is
15   his background?
16        A    To be honest, I don't know much about my
17   father's history.  Him and his father never had a good
18   relationship, and I never knew him for the better part
19   of the first 15 or so years of my life.  So I -- I
20   don't know too much about his family's side.
21        Q    Okay.  Do you have a relationship with him
22   now?
23        A    With?
24        Q    With your father.
25        A    With my father?
```

Page 148

1   Q   Yes.
2   A   No, I have a good relationship.  You asked
3   about my father's side.  I didn't -- he didn't have a
4   relationship with his father.
5   Q   Okay.  I got confused.
6   A   That's my grandfather.  So I don't know much
7   about history beyond that.
8   Q   But you were -- when we were talking about
9   converting to Judaism, you were talking about your
10  immediate father.  Correct?
11  A   Yes.
12  Q   Okay.  And so I guess, in general, from a
13  racial standpoint, the way we would speak today, is he
14  a white man or a Caucasian man?
15  A   I believe that's what he puts down.
16  Q   Okay.  And then, does he talk about, "I'm,"
17  you know, "I have got an English heritage," or "I have
18  got an Irish heritage," or something like that?  Does
19  that ever come up?  Do you have any knowledge about
20  that about him?
21  A   Not -- not that I'm aware of.
22  Q   Okay.  Now, religiously, when you were
23  growing up, did your parents take you to the synagogue
24  to Jewish religious services?
25  A   I did, yes, frequently.

Page 149