UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **EVAN DOMANIC,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | CIVIL ACTION NO.: 4:22−cv−00386 |
| § | |
| **CHRISTIAN BROTHERS** § | |
| **AUTOMOTIVE CORPORATION,** § | |
| § | |
| **Defendant.** § | |

**ORDER**

Pending before the Court is Defendant's Motion for Final Summary Judgment (Dkt. No. 41). After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that it should be _____.

It is SO ORDERED.

Signed this _____ day of _____, 2024.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**